FILED 16 OCT '26 14:03 USDC-ORP

UNDER SEAL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-** 00433-AN |
| **v.** | **INDICTMENT** |
| **MICHAEL BONNER HOEFT,** | **21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)** |
| **Defendant.** | **Forfeiture Allegation** |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Distribution of a Controlled Substance- Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B)(viii))**

On or about September 1, 2026, in the District of Oregon, defendant, **MICHAEL BONNER HOEFT,** did knowingly distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii) and Title 18, United States Code, Section 2.

////

**FORFEITURE ALLEGATION**

Upon conviction of Count 1, defendant **MICHAEL BONNER HOEFT**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: October 15, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

NICOLE BOCKELMAN, OSB # 105934
Assistant United States Attorney